MASON, *Trustee, Appellant,* v. THE BANK OF COMMERCE.

1. **Trustees** : TRANSIENT SECURITIES. A trustee, who is required by the instrument which creates the trust, to hold the capital for the remaindermen, has an implied power to convert a transient security into money, for the purpose of a permanent investment.

2. ———. A promissory note, which will mature in less than one year, is a transient security.

8. ———. A purchaser, in good faith, of such a note, from the trustee, takes the title thereto, and is not bound by the acts of the trustee, with reference to the purchase money paid.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Krum & Jonas* for appellant.

*Jas. & C. S. Taussig* for respondent.

RAY, J.— This case is before us, on appeal taken by plaintiff from the judgment of the St. Louis court of appeals, affirming the judgment rendered in defendant's favor, by the circuit court of the city of St. Louis. The opinion of the court of appeals appears in 16 Mo. App. at page 275. The case is not presented in this court in any new and controlling aspect, and, inasmuch as a

———

* These syllabi are taken from 16 Mo. App. 275.

discussion by us of the questions involved would lead to the same conclusion reached by that court, which, we think, is correct, we see no good reason to add anything to what is there said. Judgment affirmed. All concur, except Brace, J., absent.